Petition for Writ of Mandamus Denied and Opinion filed June 19, 2003









Petition for Writ of Mandamus Denied and Opinion filed
June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00638-CV

____________

 

IN RE LEE NICHOLS MCNAB MILLER , Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 4, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.   

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

 

 

Petition Denied
and Memorandum Opinion filed June 19, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.